**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                           CRIM NO.21-CR-20207

DAVID MICKENS,

        Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

The matter has come before the court regarding the continued representation of Stacey Studnicki as counsel for the Defendant. Upon review of the motion and brief, and for the reasons stated on the record, the court has determined that there is sufficient reason for Ms. Studnicki to be allowed to withdraw as counsel for the Defendant. Therefore, the Motion to Withdraw is GRANTED.

IT IS ORDERED that the Community Federal Defender's Office appoint a member of the CJA panel to represent defendant David Mickens for these proceedings. Upon the filing of as appearance by new counsel, a telephone status conference with counsel will be scheduled**.**

IT IS FURTHER ORDERED that the time period from **May 7, 2021 and June 6, 2021** shall be excludable from time calculation mandated by the Speedy Trial Act, 18:U.S.C.§3161(H)(7)(B)(iv), and that the ends of justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

IT IS FURTHER ORDERED that substitute counsel file an appearance and meet with Defendant as soon as practicable.

s/ Robert H. Cleland<br>
ROBERT H. CLELAND<br>
UNITED STATES DISTRICT JUDGE

Dated: May 10, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 10, 2021, by electronic and/or ordinary mail.

S/Lisa Wagner<br>
Case Manager and Deputy Clerk<br>
(810) 292-6522