UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | Criminal No.  21-20207 |
| Plaintiff, | Hon. Robert H. Cleland |
| v. | |
| David Dequantae-Raysheon Mickens, | |
| Defendant. | |
| _____ / | |

## EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT FOR HEARING ON MOTION TO SUPPRESS IN THE TRADITIONAL MANNER

The United States of America, by its undersigned attorneys, respectfully requests that Exhibit 1 for the hearing on Defendant's motion to suppress be filed in the traditional manner on a disk due to Exhibit 1 containing a police body camera video.

                Respectfully submitted,
                SAIMA S. MOHSIN
                Acting United States Attorney

                *s/Lisandra Fernandez-Silber*
                Lisandra Fernandez-Silber
                Assistant United States Attorney
                211 W. Fort Street, Suite 2001
                Detroit, MI 48226
                Lisandra.Fernandez-Silber@usdoj.gov
Dated:   October 13, 2021      (313) 226-9122

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,                     Criminal No.  21-20207

         Plaintiff,                          Hon. Robert H. Cleland

v.

David Dequantae-Raysheon Mickens,

         Defendant.
_____/

# ORDER TO FILE EXHIBIT 1 IN THE TRADITIONAL MANNER

The government having moved to file Exhibit 1 in the traditional manner for the hearing on Defendant's motion to suppress, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that Exhibit 1 be filed in the traditional manner.

                                       s/Robert H. Cleland
                                       Robert H. Cleland
                                       United States District Judge

Entered:  October 13, 2021