**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

                            Case No. 3:21-CR-20207
V.                           Hon. Robert H. Cleland

DAVID DEQUANTAE-RAYSHEON
MICKENS,
    Defendant.
_____/

## ORDER ALLOWING ELECTRONIC DEVICES CONTAINING DISCOVERY MATERIAL INTO DEFENDANT'S PLACE OF INCARCERATION

Upon Defendant's request, and defense counsel's representations that 1) certain discovery materials and videos contained on a flash drive for presentation on a lap top are necessary for pretrial review by defendant and his counsel, and 2) the place of defendant's confinement, Sanilac County Jail, has informed defense counsel that it is willing to permit these materials to be brought into the jail so long as a court order is presented directing counsel to supply and maintain custody of the discovery and electronic device for review within the jail, and

**IT IS HEREBY ORDERED** that discovery materials and videos contained on a flash drive and an electronic device, a laptop, be allowed into Sanilac County jail for the purpose of review by defendant and his counsel.

**IT IS FURTHER ORDERED** that Counsel must maintain custody of all such material.

SO ORDERED.

      S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: November 4, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 4, 2021, by electronic and/or ordinary mail.

      S/Lisa Wagner
    Case Manager and Deputy Clerk
    (810) 292-6522