UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 21-cr-20207
Honorable Linda V. Parker

DAVID DEQUANTAE-RAYSH MICKENS,

Defendant.
______________________________/

**OPINION AND ORDER DENYING DEFENDANT'S MOTION TO DISMISS (ECF NO. 70)**

On May 19, 2022, Defendant pleaded guilty pursuant to a Rule 11 Plea Agreement to one count of Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1). (ECF No. 49.) The Honorable Robert H. Cleland, to whom this matter was previously assigned, sentenced Defendant to a term of imprisonment of 78 months on October 5, 2022. (ECF No. 62.) The matter was subsequently reassigned to the undersigned pursuant to Eastern District of Michigan Local Rule 57.10. On March 8, 2024, this Court reduced Defendant's sentence to a term of imprisonment of 65 months based on retroactive amendments to the United States Sentencing Guidelines. (*See* ECF No. 69.)

The matter is presently before the Court on Defendant's pro se motion to dismiss in which he challenges his conviction on Second Amendment grounds.

(ECF No. 70.) Defendant, however, waived any right to challenge his conviction on any grounds in his Rule 11 Plea Agreement. (ECF No. 49 at PageID.238.) Defendant retained the right to seek collateral review under 28 U.S.C. § 2255, but only to raise claims alleging ineffective assistance of counsel or prosecutorial misconduct. (*Id.* at PageID.238-39.) Moreover, even if Defendant had not waived his right to now challenge his conviction on Second Amendment grounds, the challenge is meritless.

The Sixth Circuit Court of Appeals has held that the Second Amendment does not preclude Congress from disarming individuals believed to be dangerous. *United States v. Williams*, 113 F.4th 637, 657 (2024). Prior to his conviction in this matter, Defendant had prior convictions related to drugs, firearms, violence, and disobeying law enforcement. Most notably, in 2017, he pleaded guilty to assault with intent to do great bodily harm less than murder after strangling and shooting at a pregnant woman.

Accordingly,

**IT IS ORDERED** that Defendant's motion to dismiss (ECF No. 70) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 17, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 17, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager